AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

STEVEN ARRINGTON

# CRIMINAL COMPLAINT

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ____December 19, 2007____ in ___WASHINGTON___ county, in the _____

District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance
containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.

in violation of Title ___21___ United States Code, Section(s) _____841(a)(1)_____ .

I further state that I am ___OFFICER SOMALLI FULLER___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

Signature of Complainant
**OFFICER SOMALLI FULLER**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____ at ___Washington, D.C.___
Date                                           City and State

_____         _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

**STATEMENT OF FACTS**

On December 19, 2007, sworn officers with the Metropolitan Police Department's Sixth District were conducting a buy/bust operation in the 5000 block of Benning Road, S.E., Washington, D.C., where an undercover officer (UC) met with the defendant, Steven Arrington. The UC and the defendant engaged in a conversation about the UC purchasing phencyclidine from the defendant. The UC handed the defendant a cigarette and $10.00 in MPD pre-recorded funds. The defendant reached into his right jacket pocket and retrieved a glass vial containing a clear liquid. The defendant removed the top, dipped the cigarette into the vile, and then gave it back to the UC. The UC left the area. The cigarette had a strong chemical odor consistent with phencyclidine (PCP). A look-out was broadcast for the defendant. The defendant was stopped, positively identified and placed under arrest. A search of the defendant after arrest revealed a 30 ounce bottle and a one ounce bottle containing a liquid with a strong chemical odor consistent with PCP. Officers also recovered the $10.00 in MPD pre-recorded funds from the defendant. The approximate weight of the suspected PCP was 850.5 grams.

---

OFFICER SOMALLI FULLER
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF DECEMBER, 2007.

---

U.S. MAGISTRATE JUDGE